THE METROPOLITAN LIFE INSURANCE COMPANY *et al.*

*v.*

THE PEOPLE OF THE STATE OF ILLINOIS.

*Opinion filed October 26, 1903—Rehearing denied December 9, 1903.*

APPEALS AND ERRORS—*assignment of errors must appear in the record.* The Supreme Court cannot entertain an appeal from the Appellate Court where the record contains no assignment of errors on the record of that court, even though an assignment of errors appears in the abstract of the record.

*Metropolitan Ins. Co.* v. *People,* 106 Ill. App. 516, appeal dismissed,

APPEAL from the Appellate Court for the Fourth District;—heard in that court on appeal from the Circuit Court of Johnson county; the Hon. A. K. VICKERS, Judge, presiding.

WHITNEL & GILLESPIE, for appellants.

DAVID J. COWAN, for the People.

Per CURIAM: This was a penal action of debt brought by the State's attorney of Johnson county against the Metropolitan Life Insurance Company and P. A. Johnson, its agent, for the alleged violation of the provisions of the statute prohibiting discrimination and distinctions between insurants of the same class and equal expectation of life. The trial court found against the defendant insurance company, and an appeal was taken to the Appellate Court for the Fourth District, where the judgment of the court below was affirmed. The case comes here by further appeal from the judgment of the Appellate Court.

A careful examination of the entire record fails to disclose any assignment of errors on the record of the Appellate Court. Such omission leaves this court without authority to proceed. The assignment of errors stands in the place of a declaration, and a judgment of this court in the absence of such assignment would be erroneous. The abstract of record contains an assignment of error; but the abstract is not a true abstract of the record for the reason that the record contains no such assignment. It is not sufficient that the abstract shows an assignment which is not in the record. *Ditch* v. *Sennott,* 116 Ill. 288; *Benneson* v. *Savage,* 119 id. 135; *Ætna Life Ins. Co.* v. *Sanford,* 197 id. 310; *Hall* v. *People,* id. 567.

The appeal will be dismissed.        *Appeal dismissed.*